UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Acknowledged**
TWP
May 7, 2026

LUCIA CORTES RURAL,

   Petitioner,

  v.

SCOTT A. MAPLES, JR., *et al.*,

   Respondents.

) Cause No. 4:26-cv-00096-TWP-KMB

## <u>NOTICE</u>

   In response to the Court's Order dated April 29, 2026 (Dkt. 11) the Federal Respondents respectfully notify the Court that on May 5, 2026, the Petitioner received an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and the request for change in custody status was denied.

      THOMAS E. WHEELER II
      United States Attorney


   By:   _s/ Shelese Woods_____
      Shelese Woods
      Assistant United States Attorney
      Office of the United States Attorney
      135 North Pennsylvania Street, Suite 2100
      Indianapolis, IN 46204
      (317) 226-6333
      *Email address: Shelese.Woods@usdoj.gov*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2026, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

s/ Shelese Woods
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
135 North Pennsylvania Street, Suite 2100
Indianapolis, IN 46204-3048
(317) 226-6333