UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

LUCIA CORTES RURAL,                              )
                                                 )
                    Petitioner,                  )
                                                 )
          v.                                     )      No. 4:26-cv-00096-TWP-KMB
                                                 )
SCOTT A. MAPLES, JR. Clark County Sheriff,       )
SAMUEL OLSEN Director of Chicago Field           )
Office, U.S. Immigration and Customs             )
Enforcement,                                     )
MARKWAYNE MULLIN Secretary of the U.S.           )
Department of Homeland Security,                 )
TODD BLANCHE Acting Attorney General of the      )
United States,                                   )
                                                 )
                    Respondents.                 )

**ORDER**

Petitioner Lucia Cortes Rural has filed a Motion to Enforce the April 29, 2026 Order. (Dkt. 14). Ms. Cortes Rural asserts that while a bond hearing occurred on May 5, 2026—the hearing did not satisfy the Court's mandate because the hearing failed to provide an individualized exercise of discretionary judgment under the framework of § 1226(a). *Id*. at 2.  Ms. Cortes Rural reports that she is unable to provide an audio recording of her hearing, due to the file format generated by the Electronic Record of Proceedings system. *Id*. The audio or a transcript is necessary for the Court to rule on the pending motion, therefore, the parties should confer and provide either an audio recording or transcript by no later than **May 18, 2026**.

The Respondents shall have **until May 14, 2026**, to file a response to the Motion. Ms. Cortes Rural may file a reply, if any, on or before **May 18, 2026**.

**IT IS SO ORDERED.**

Date: 5/8/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel