**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| LUCIA CORTES RURAL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00096-TWP-KMB |
| | ) | |
| SCOTT A. MAPLES, JR. Clark County Sheriff, | ) | |
| SAMUEL OLSEN Director of Chicago Field | ) | |
| Office, U.S. Immigration and Customs | ) | |
| Enforcement, | ) | |
| MARKWAYNE MULLIN Secretary of the U.S. | ) | |
| Department of Homeland Security, | ) | |
| TODD BLANCHE Acting Attorney General of the | ) | |
| United States, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER DENYING MOTION TO ENFORCE

The petitioner's motion to enforce final judgment, Dkt. [14], is **DENIED as moot** pursuant to her Notice of Withdrawal at Dkt. 22.

**IT IS SO ORDERED.**

Date: 6/11/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Kristen Maree Barrow
Law Office of Kristen Barrow
kristenmbarrow@gmail.com

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP (New Albany)
jlowe@k-glaw.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov